[No. 10573-6-I.  Division One.  June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE
LEE GARDNER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-8-01579-6, Nancy A. Holman, J., entered
June 11, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 11476-0-I.  Division One.  June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ALLAN
L. HUMPHRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. J-86448, Jack Richey, J. Pro Tem., entered
February 11, 1982. *Affirmed* by unpublished opinion per
Callow, J., concurred in by Durham, A.C.J., and Swanson,
J.

[No. 11264-3-I.  Division One.  June 20, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. GYLE
ROBERT WYMAN, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89101, Norman W. Quinn, J., entered January
26, 1982. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Durham, A.C.J., and Swanson, J.